IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| Bowlin Grading Company, | ) | Chapter 7 |
| Debtor. | ) | Bankruptcy No.: 08-12727-WHD |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that the Thomerson Law Firm will represent the interests of creditor, ASC Construction Equipment USA, Inc. in this matter. The undersigned requests that the names shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for ASC Construction Equipment USA, Inc., as follows:

Francesca Macchiaverna, Esq.
The Thomerson Law Firm
P.O. Box 8472
Savannah, GA 31412

This 30th day of October, 2009.

THE THOMERSON LAW FIRM

/s/ Francesca Macchiaverna

Francesca Macchiaverna, Esq.
Georgia Bar No. 462924

P.O. Box 8472
Savannah, GA 31412
912.790.7778 (telephone)
912.790.7797 (facsimile)
francesca@thomersonlawfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| Bowlin Grading Company, | ) | Chapter 7 |
| Debtor. | ) | Bankruptcy No.: 08-12727-WHD |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 30, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day to all parties on the attached service list either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/ Francesca Macchiaverna
_____
Francesca Macchiaverna, Esq.
Georgia Bar No. 462924

P.O. Box 8472
Savannah, GA 31412
912.790.7778 (telephone)
912.790.7797 (facsimile)
francesca@thomersonlawfirm.com

Office of The United States Trustee
362 Richard B. Russell Building
75 Spring Street
Atlanta, GA 30303

Janet G. Watts
Chapter 7 Trustee
600 North Glynn Street
Suite C
Fayetteville, GA
30214

Bowlin Grading Company
P.O. Box 589
Williamson, GA 30292

Christopher W. Terry
Stone & Baker, LLP
557 Mulberry Street
Suite 800
Macon, GA 31202